# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

## CIVIL COVER SHEET

2014 NOV 20 P 1:06

This form is REQUIRED for the use of the Clerk of Court for the purpose of initiating the civil docket sheet RECEIVED

IN RE: Bankruptcy Case No. __Case No. 8-12-74600-reg__   Adv. Pro. No. *(if applicable)* __8-12-08371-reg__

## **Bankruptcy Appeal**

| APPELLANTS | APPELLEES |
|---|---|
| AHRON BERLIN (PRO SE)<br>1909 NEW YORK AVE.<br>BROOKLYN, NY, 11210<br>Tel (347) 245-3532 | Elliot Zaretsky; 2 Bay Club Dr., # 3Z3, Bayside, NY 11360<br>Harold Zaretsky; 66 Phipp Lane, Plainview, NY 11893<br>Shirley Zaretsky; 2 Bay Club Dr., # 3Z3, Bayside, NY 11360<br>Maxi-Aids, Inc. 42 Executive Blvd, Farmingdale, NY 11735 |
| ATTORNEYS (FIRM NAME, ADDRESS, TEL. NO.)<br>AHRON BERLIN (PRO SE)<br>1909 NEW YORK AVE.<br>BROOKLYN, NY, 11210<br>Tel (347) 245-3532 | ATTORNEYS (IF KNOWN)<br>Forchelli, Curto, Deegan, Schwartz, Mineo & Terrana, LLP<br>The Omni, 333 Earle Ovington Blvd., Suite 1010<br>Uniondale, New York 11553<br>(516) 248-1700 |

BASIS OF JURISDICTION: Federal Question

CAUSE OF ACTION - 28:1334 Bankruptcy Appeal *(Write brief statement of cause.)*
Appeal from an Order denying Motion to Reconsider, Alter or Amend Judgment Dated: November 7, 2014

NATURE OF SUIT: 422 Bankruptcy Appeal (801)

RELATED CASE(S) IN DISTRICT COURT, IF ANY

DISTRICT JUDGE __Hon. Sandra J. Feuerstein__    DOCKET NUMBER __14-cv-03028__

*CIVIL CASES ARE DEEMED RELATED IF PENDING CASE INVOLVED:*

☐ *1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT*
☑ *2. SAME ISSUE OF FACT OR GROWS OUT OF THE SAME TRANSACTION*
☐ *3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT COPYRIGHT OR TRADEMARK*

Date: __November 20, 2014__   Signature of Attorney of Record: _____
*[or Appellant Pro Se]*

**FOR COURT USE ONLY**

APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

**CIVIL COVER SHEET, Bankruptcy Appeal** (cont'd)

Did the cause of action arise in Nassau or Suffolk County? __Yes__

If YES, please indicate which county: __Nassau__

---

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.

YES ☐　　　　　　　　　　　NO ☑

Are you currently the subject of any disciplinary action(s) in this or any other state or federal court?

YES ☐ (If yes, please explain)　　　　NO ☑

---

Please provide your bar code and e-mail address below. Your bar code consists of the initials of your first and last name and the last four digits of your social security number, or any other four-digit number registered by the attorney with the Clerk of Court. This information must be provided pursuant to local rule 11.1(b) of the local civil rules.

Attorney Bar Code: _____

E-Mail Address: __syd@cheerful.com__

USBC-84 [r.4/10/03]]

Official Form 17
(12/04)

# United States Bankruptcy Court

EASTERN District Of NEW YORK

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
2014 NOV 20 P 1:06

RECEIVED

In re AHRON BERLIN,
　　　Debtor

Case No. 8-12-74600-REG / ADV. PRO. NO.
　　　　　　　　　　　　　　　　　　8-12-08371-REG

Chapter 7

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

AHRON BERLIN, the ~~plaintiff [or~~ defendant ~~or other party]~~ appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceeding, describe type*] on the 7 day of NOVEMBER, 2014.
　　　　　　　　　　　　　　　　　　　　　　　　　　(month)　　(year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

ELLIOT ZARETSKY • SHIRLEY ZARETSKY
- 2 BAY CLUB DR., #323, BAYSIDE, NY, 11360

ATTORNEYS FOR APELLEES:
FORCHELLI, CURTO, DEEGAN, SCHWARTZ
MINEO & TERRANA, LLP.
THE OMNI - 333 EARLE OVINGTON BLVD. #1010
UNIONDALE, NY, 11553
(516)-248-1700

HAROLD ZARETSKY
- 66 PHIPP LANE, PLAINVIEW, NY, 11893

MAXI-AIDS, INC.
- 42 EXECUTIVE BLVD., FARMINGDALE, NY, 11735

Dated: NOVEMBER 7, 2014

Signed: _[signature]_　　　PRO-SE
~~Attorney for Appellant (or~~ Appellant, ~~if not represented by an Attorney)~~

Attorney Name: AHRON BERLIN

Address: 1909 NEW YORK AVE.
　　　　　BROOKLYN NY 11210

Telephone No: (347) 254-3532

　　If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

　　*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                Case No. 8-12-74600-reg
                                                                      Chapter 7
AHRON BERLIN,

                            Debtor.
-------------------------------------------------------------X
ELLIOT ZARETSKY, HAROLD ZARETSKY,
SHIRLEY ZARETSKY, AND MAXI-AIDS, INC.,

                            Plaintiffs,                        Adv. Pro. No. 8-12-08371-reg

      -against-

AHRON BERLIN,

                            Defendant.
-------------------------------------------------------------X

## ORDER DENYING MOTION OF DEFENDANT TO RECONSIDER, ALTER OR AMEND JUDGMENT

      **UPON** the motion (the "Motion") [Dkt. #39] filed on July 3, 2014 by defendant Ahron Berlin (the "Defendant"), filed *pro se*, and upon all the exhibits attached thereto, seeking reconsideration, alteration or amendment of the Judgment dated June 19, 2014 entered in this adversary proceeding, pursuant to Fed. R. Civ. P. 59, Fed. R. Bankr. P. 9023, and E.D.N.Y. Local Bankruptcy Rule 9023-1; and the Court having entered an Order to Schedule Hearing on September 11, 2014 [Dkt. #40]; and plaintiffs Elliot Zaretsky, Harold Zaretsky, Shirley Zaretsky, and Maxi-Aids, Inc., by and through their attorneys Forchelli, Curto, Deegan, Schwartz, Mineo & Terrana, LLP having timely filed opposition to the Motion on October 29, 2014 [Dkt. #46]; and the Defendant having filed a reply in support of the Motion on November 4, 2014 [Dkt. #48]; on and upon the hearing held before this Court on November 5, 2014 at 9:30 a.m., and appearing at the hearing was: (a) Ahron Berlin, *pro se*, and (b) Forchelli, Curto, Deegan,

Schwartz, Mineo & Terrana, LLP, by Brian J. Hufnagel, Esq. on behalf of Plaintiffs; and for the reasons set forth on the record of the hearing; due deliberation having been had thereon; it is hereby

**ORDERED**, that the Motion is denied in its entirety.



Dated: Central Islip, New York
November 7, 2014

Robert E. Grossman
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   **Case No.: 12-74600**

In Re: AHRON BERLIN

                    Debtor.
-------------------------------------------------

ELLIOT ZARETSKY;
HAROLD ZARETSKY;
SHIRLEY ZARETSKY;
MAXI-AIDES, INC.

                                  Plaintiffs   **Adv. Pro. No.: 12-08371-reg**

       -against-

AHRON BERLIN,

                    Defendant.
-----------------------------------------------------------X

The undersigned certifies that a copy of the annexed two notices of appeals Dated November 20, 2014, appealing from an orders Dated June 19, 2014, and November 7, 2014, with Cover Sheet and annexed copy of the order, was served on the following listed parties by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

FORCHELLI, CURTO, DEEGAN,
SCHWARTZ, MINEO, &
TERRANA, LLP
The Omni,
333 Earle Ovington Blvd, Suite 1010
Uniondale, New York 11553
Attorneys for Appellees
Elliot Zaretsky; Harold Zaretsky;
Shirely Zaretsky; Maxi-Aids, Inc.
Office of the United States Trustee

U.S. Bankruptcy Court
Alfonse M. D'Amato U.S. Courthouse
560 Federal Plaza
Central Islip, NY 11722

Robert L. Pryor, Esq.,
Chapter 7 Trustee,
675 Old Country Road
Westbury, NY 11590

Dated November 20, 2014

                                                            _____
                                                             AHRON BERLIN
                                                             Pro-Se Appellant
                                                             1909 New York Ave.,
                                                             Brooklyn, NY, 11210