## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 FEDERAL PLAZA
CENTRAL ISLIP, N Y 11722-9014

DOUGLAS C. PALMER, CLERK of COURT               www.nyed.uscourts.gov
CAROL McMAHON, CHIEF DEPUTY FOR L.I.

January 30, 2015

Ahron Berlin
1909 New York Ave.
Brooklyn, NY 11210

Re: 15-CV-0015 (JS)

Dear *Pro Se* Litigant:

This will acknowledge receipt of your Bankruptcy Appeal. The case has been docketed under the above number and assigned to District Judge Joanna Seybert. Please be advised of the following:

-it is your responsibility to ensure that documents filed with this Court comply with the Federal Rules of Civil Procedure (Fed. R. Civ. P.), the Local Rules of the Eastern District of New York, and the Judges' Individual Practice Rules. The Local Rules and the Judges' Individual Practice Rules are available at www.nyed.uscourts.gov ;

-if you paid the filing fee, it is your responsibility to serve the summons and complaint upon the defendant(s) pursuant to Fed. R. Civ. P. 4. Instructions for service are available on our website;

-documents submitted for filing should be <u>unbound</u> originals and must contain your signature, case number, name of case and assigned judge;

-documents submitted for filing shall not include personal information i.e. social security number(s), birth date(s), name(s) of minor children, financial account number(s). See Fed. R. Civ. P. 5.2;

-you must serve all papers filed with the court on opposing counsel and an affidavit or affirmation of service must be included with all documents filed with the court;

-all documents should be sent to the *Pro Se* Office at the above address. DO NOT send any paperwork directly to chambers unless directed to do so by the judge;

-it is your duty to prosecute your case, and to keep this office informed of any change of address. Failure to do so may result in your case being dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b);

-additional information and forms for *pro se* litigants are enclosed.

If you have any questions or require further assistance, please call the *Pro Se* Office at (631)712-6060.

<u>PRO SE</u> OFFICE
By: <u>/s/ C.Vukovich</u>

Enclosures:
Rule 73 Notice and Form
*Pro Se* F.A.Q.'s, and
Consent for Electronic Service form