**15-CV-0014**

**15-CV-0015**



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 04 2015 ★
LONG ISLAND OFFICE

IN THE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AHRON BERLIN, | ) | Appeal, |
| _____ | ) | |
| Appellant, | ) | from the UNITED STATES |
| | ) | BANKRUPTCY COURT |
| | ) | EASTERN DISTRICT OF NEW YORK |
| v. | ) | |
| | ) | Case No. 8:12-AP-08371 |
| ELLIOT ZARETSKY, | ) | Hon. Robert E. Grossman |
| HAROLD ZARETSKY, | ) | |
| SHIRLEY ZARETSKY, | ) | |
| AND MAXI-AIDS, INC., | ) | |
| _____ | ) | |
| Appellees. | ) | |
| | ) | |

# APPELLANT'S REPLY BRIEF

AHRON BERLIN
1909 New York Avenue
Brooklyn, NY, 11210
347-254-3532
APPELLANT PRO SE

Dated: ~~August 31, 2015~~
SEPTEMBER 3 2015